USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIYA HARRIRAM, | 22-CV-9712 (RA) (BCM) |
| Plaintiff, | |
| -against- | ORDER |
| CITY UNIVERSITY OF NEW YORK, et al., | |
| Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed defendants' reply letter (Dkt. 59) in further support of their letter-motion to compel. (Dkt. 55.) The conference previously scheduled for **August 19, 2024, at 11:00 a.m.** will be held <u>in-person</u> in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Defendants are instructed to promptly serve a copy of this order on plaintiff by email.

Dated: New York, New York
    August 15, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**