USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/11/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIYA HARRIRAM,

        Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK, et al.,

        Defendants.

22-CV-9712 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed on the record during the September 10, 2024 status conference, the fact discovery deadline remains **September 30, 2024**. (*See* Dkt. 44 ¶ 4.) No later than **September 13, 2024**, plaintiff must provide an updated Authorization for Release of Health Information Pursuant to HIPAA, including authorization for her mental health provider(s) to discuss her health information with defendants' counsel (Box 9b). The parties must cooperate to schedule all remaining depositions within the time remaining for fact discovery. No later than **October 2, 2024**, the parties shall file a joint status letter (i) confirming the conclusion of discovery and (ii) outlining any settlement efforts, including whether the parties have exchanged a demand and offer, and whether they believe that a judicially supervised settlement conference would be productive.

    Defendants' request for a pre-motion conference regarding a potential *Daubert* motion is DENIED as moot in light of plaintiff's representation, on the record, that she will not offer any expert opinion evidence from Dr. Perlman.

Dated: New York, New York
          September 11, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**