USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIYA HARRIRAM,

           Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK, et al.,

           Defendants.

22-CV-9712 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has received plaintiff's letter-motion to compel (Dkt. 79), defendants' responding letter (Dkt. 81), and plaintiff's reply (Dkt. 82). Judge Moses will hold a conference concerning the dispute on **October 8, 2024, at 10:00 a.m.** in Courtroom 20A, 500 Pearl Street, New York, New York 10007. Prior to that conference, and no later than noon on **October 7, 2024**, plaintiff must submit the portion of the deposition transcripts showing that "the defendant does not recall for most of the questions." (Dkt. 82 at ECF p. 2.)

      Defendants are instructed to promptly serve a copy of this order on plaintiff by email.

Dated: New York, New York
       October 1, 2024

                                  **SO ORDERED**.

                                _____
                                **BARBARA MOSES**
                                **United States Magistrate Judge**