UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2024

PRIYA HARRIRAM,

                Plaintiff,

      -against-

CITY UNIVERSITY OF NEW YORK, et al.,

           Defendants.

22-CV-9712 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

       Due to a conflict in the Court's schedule, the discovery conference previously scheduled for October 8, 2024, at 10:00 a.m. is hereby ADJOURNED to **October 8, 2024, at 11:00 a.m.** Plaintiff has informed the Court that deposition transcripts may not be available by the date of the conference. If the transcripts are available, plaintiff should either file them before the October 8 conference, or bring them to the October 8 conference.

       Defendants are instructed to promptly serve a copy of this order on plaintiff by email.

Dated: New York, New York
       October 4, 2024

                       **SO ORDERED**.

                       _____
                       **BARBARA MOSES**
                       **United States Magistrate Judge**