USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIYA HARRIRAM,

        Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK, et al.,

        Defendants.

22-CV-9712 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during today's discovery conference, plaintiff's letter-motion to compel additional discovery responses (Dkt. 79) is hereby GRANTED IN PART. No later than **October 22, 2024**, defendant CUNY must:

(1)    Respond to the following interrogatory:

    Please state (a) whether any of the individuals permitted to attend the Launch of the New School of Business were Lehman College School of Business students, (b) whether any of the individuals permitted to attend the Launch of the New School of Business were Lehman College undergraduate students majoring in accounting, and (c) whether any of the individuals permitted to attend the Launch of the New School of Business were other Lehman College undergraduate students;

(2)    Supplement its response to plaintiff's first interrogatory (Dkt. 82 at ECF p. 40), specifically addressing the communications from or between and CUNY decision-maker(s) regarding the decision not to rehire plaintiff; and

(3)    Produce a copy of plaintiff's personnel file in the form available to CUNY's senior human resources managers at the time plaintiff applied for the note-taking position, including any fields containing internal codes or remarks.

    All relief not specifically granted herein is DENIED.

    The deadline to complete all discovery is EXTENDED to **October 22, 2024**, for the limited purpose of complying with this Order.

Dated: New York, New York
       October 8, 2024            SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**