

**Office of the New York State Attorney General**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2024

**MEMO ENDORSED**

October 10, 2024

**VIA ECF**
The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED. **SO ORDERED.**
>
> *[signature]*
>
> **Barbara Moses**
> **United States Magistrate Judge**
> **October 11, 2024**

Re:   *Harriram v. CUNY, et. al.*, 22-cv-9712 (RA) (BCM)

Your Honor:

I am an Assistant Attorney General and counsel for Defendants in this matter. I conferred with Plaintiff who agreed to the following proposed schedule for Defendants' anticipated motion for summary judgment:

- Defendants will file their summary judgment motion by November 20, 2024;
- Plaintiff will file her opposition, if any, by January 8, 2025;
- Defendants will file their reply, if any, by January 29, 2025.

Defendants respectfully request that the Court order the proposed schedule. Defendants thank you for your consideration of this request.

Respectfully submitted,

/s/ *Mark R. Ferguson*
Mark R. Ferguson
Assistant Attorney General
28 Liberty Street
New York, New York 10005
Mark.Ferguson@ag.ny.gov
212-416-8635

cc: Priya Harriram (*pro se*) via mail