SIGN: PRIYA HARRIRAM

CONTACT INFORMATION: 2870 GRAND CONCOURSE, APT #3, BRONX, N.Y. 10458

SUBJECT: "Pro Se filing 22-CV-9712(RA)(BCM)"

Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

Priya Harriram
_____
Write the full name of each plaintiff or petitioner.

-against-

City University Of New York and Bridget Barbera.
_____
Write the full name of each defendant or respondent.

Case No. 22 cv 9712 (RA)(BCM)

Letter re: Request to submit Audio + Video in support of Plaintiff's Motion for Opposition to Defendants Motion for Summary Judgement.

Dear Honorable Judge Ronnie Abrams,

I would like to inform you that I am respectfully requesting to include in my case to the Court audios and videos that was submitted through the deposition in support of Plaintiff's Motion for Opposition to Defendant's Motion for Summary Judgement.

Your courtesies and consideration will be appreciated very much.

Respectfully Submitted,
Priya Harriram

12/8/24
Dated

Signature: Priya Harriram

Name: Priya Harriram

Address: 2870 Grand Concourse, Apt #3 Bronx, N.Y 10458

Telephone Number: 929-535-2052