SIGN: PRIYA HARRIRAM

CONTACT INFORMATION: 2870

GRAND CONCOURSE, APT #3,

BRONX, N.Y. 10458

SUBJECT: "Pro Se filing 22-CV-9712(RA)(BCM)"

Application granted. In light of the fact that Plaintiff is proceeding *pro se*, the Court will permit Plaintiff to submit audio and video files of the depositions in support of her opposition to Defendants' motion for summary judgment. If she wishes, Plaintiff may also submit transcripts of the relevant portions of the depositions. *See* Fed. Rule Civ. P. 32(c) ("Unless the court orders otherwise, a party must provide a transcript of any deposition testimony the party offers, but may provide the court with the testimony in nontranscript form as well."); *see also Express Freight Systems Inc. v. YMB Enterprises, Inc.*, No. 20-cv-186 (ARR) (LB), 2022 WL 2467176, at *7 (E.D.N.Y. Mar. 29, 2022) ("Far from being a blanket requirement that a party relying on deposition testimony at any point in a case must provide a complete transcript to the Court and the opposing party, the Rule [32(c)] requires a written transcript of those portions of a deposition that are offered at trial.").

SO ORDERED.

Hon. Ronnie Abrams
December 11, 2024

Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

Priya Harriram

Write the full name of each plaintiff or petitioner.

-against-

City University Of New York and Bridget Barbera.

Write the full name of each defendant or respondent.

Case No. 22 cv 9712 (RA)(BCM)

Letter re: Request to submit Audio + Video in support of Plaintiff's Motion for Opposition to Defendant's Motion for Summary Judgement.

Dear Honorable Judge Ronnie Abrams,

I would like to inform you that I am respectfully requesting to include in my case to the Court audios and videos that was submitted through the deposition in support of Plaintiff's Motion for Opposition to Defendant's Motion for Summary Judgement.

Your courtesies and consideration will be appreciated very much.

Respectfully Submitted,
Priya Harriram

12/8/24
Dated

Priya Harriram
Signature

Priya Harriram
Name

Prison Identification # (if available)

2870 Grand Concourse, Apt #3 Bronx, N.Y 10458
Address                    City            State    Zip Code

929-535-2052
Telephone Number (if available)

E-mail Address (if available)