UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Priya Harriram

Write the full name of each plaintiff or petitioner.

Case No. 22 cv 9712 (RA)(BCM)

-against-

City University of New York and Bridget Barbera

Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that **Plaintiff** (plaintiff or defendant) **Priya Harriram** (name of party who is making the motion) requests that the Court:

Plaintiff is filing a motion for opposition to defendant's Motion for Summary Judgment and demand for a jury trial.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☑ a memorandum of law
☑ my own declaration, affirmation, or affidavit
☐ the following additional documents:

1/3/25
Dated

*Priya Harriram* (Signature)

Priya Harriram
Name

Prison Identification # (if incarcerated)

2870 Grand Concourse, Apt #3, Bronx, N.Y. 10458
Address / City / State / Zip Code

929-535-2052
Telephone Number (if available)

E-mail Address (if available)