UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PRIYA HARRIRAM,

      Plaintiff,

  -against-

CITY UNIVERSITY OF NEW YORK
and BRIDGET BARBERA

      Defendants.
-------------------------------------------------------X

**CERTIFICATE OF SERVICE**

22-cv-9712 (RA) (BCM)

  MARK R. FERGUSON pursuant to 28 U.S.C. § 1746, certifies under penalty of perjury as follows:

  I am employed as an Assistant Attorney General in the Office of LETITIA JAMES, Attorney General of the State of New York, and attorney for Defendants the City University of New York ("CUNY") and Bridget Barbera (collectively, the "Defendants").

  On January 29, 2025, I served a true and correct copy of:
- Defendants' Reply Memorandum of Law in Further Support of Their Motion for Summary Judgment Dismissing Plaintiff's Complaint;

upon Plaintiff via mail upon the following:

Priya Harriram
2870 Grand Concourse, Apt. 3
Bronx, New York 10458
(929) 535-2052

*Pro se* plaintiff in this action by depositing said copy, properly enclosed in a prepaid envelope, into a Post Office Box regularly maintained by the UNITED STATES POSTAL SERVICE at 28 Liberty Street, New York, New York 10005, directed to the above-listed plaintiff *pro se* at the address designated by her for this purpose.

I certify under penalty of perjury under the laws of the United States of America that that the foregoing is true and correct.

                /s/ MARK R. FERGUSON
                Mark R. Ferguson
                Assistant Attorney General

Executed January 29, 2025, in New York, New York.