UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                              :

PRIYA HARRIRAM,                 :

                          :

            Plaintiff,        :

                          :       22-CV-09712 (JAV)

      -v-                  :

                          :       ORDER

CITY UNIVERSITY OF NEW YORK, et al.,  :

                          :

           Defendants.     :

                          :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On March 30, 2026, Plaintiff submitted a letter requesting an adjournment of the pretrial conference previously scheduled for Thursday, April 23, 2026. ECF No. 141. Plaintiff represents that she is seeking an adjournment of the pretrial conference based on her current medical treatment. *Id.* Plaintiff states that she has a follow up appointment with her doctor on April 14, 2026, and will be able to proceed with a pretrial conference when she is medically discharged. *Id.*

Plaintiff's request for an adjournment of the pretrial conference previously scheduled for Thursday, April 23, 2026, is GRANTED. Accordingly, Plaintiff is ORDERED to submit a letter, by **April 24, 2026**, proposing three alternative dates and times for the rescheduling of the pretrial conference.

       SO ORDERED.

Dated:     April 3, 2026
          New York, New York              _____
                                    JEANNETTE A. VARGAS
                                    United States District Judge