UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | | |
|---|---|---|
| PRIYA HARRIRAM, Plaintiff, -v- CITY UNIVERSITY OF NEW YORK, et al., Defendants. | : | 22-CV-09712 (JAV) ORDER |

-----------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

As stated during the conference held on October 7, 2026:

1. The parties shall meet and confer regarding their availability, including the availability of any potential witnesses, for the following potential trial dates:
   a. March 1, 2027 to March 4, 2027;
   b. March 15, 2027 to March 18, 2027; or
   c. April 5, 2027 to April 8, 2027.

   The parties shall submit a joint letter to the Court notifying the Court of any unavailability during those specific dates by **November 5, 2026**.
2. Plaintiff shall file a Pretrial Statement, in accordance with Rule 6.A of this Court's Individual Rules and Practices in Civil *Pro Se* Cases, by **October 22, 2026**. Defendants shall file a responsive Pretrial Statement, proposed Voir Dire questions, proposed Requests to Charge and proposed verdict form by **November 5, 2026**.

SO ORDERED.

Dated: October 8, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge