UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIYA HARRIRAM,

Plaintiff,

-v-

CITY UNIVERSITY OF NEW YORK, et al.,

Defendants.

22-CV-09712 (JAV)

ORDER GRANTING LIMITED SCOPE PRO BONO COUNSEL

JEANNETTE A. VARGAS, United States District Judge:

On October 7, 2026, the parties appeared for a pretrial conference. This case was previously referred to Magistrate Judge Moses for general pretrial purposes. The Court remits this matter to Magistrate Judge Moses for the purposes of settlement. During the conference, Plaintiff requested that the Court appoint *pro bono* counsel to assist her with the forthcoming settlement conference and with representation during trial.

The Clerk of Court is directed to attempt to locate pro bono counsel to enter a limited appearance for the purpose of representing Plaintiff at a settlement conference to be conducted before Magistrate Judge Moses. Counsel will file a Notice of Limited Appearance as Pro Bono Counsel. If counsel is located, such counsel will represent Plaintiff solely for purposes of the settlement negotiations, and absent an expansion of the scope of pro bono counsel's representation, that representation will terminate at the conclusion of the settlement process. Upon the filing by pro bono counsel of a Notice of Completion, the representation by pro bono counsel of Plaintiff in this matter will terminate, and pro bono counsel will have no further obligations or responsibilities to Plaintiff or to the Court in this matter.

Plaintiff is reminded that she does not have a constitutional right to *pro bono* counsel and

there are limited lawyers available to volunteer to represent *pro se* litigants. Accordingly, unless and until a *pro bono* lawyer agrees to represent Plaintiff, Plaintiff must appear at the settlement conference and proceed on her own behalf.

SO ORDERED.

Dated: October 8, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge