UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIYA HARRIRAM,<br><br>Plaintiff,<br><br>-v-<br><br>CITY UNIVERSITY OF NEW YORK, et al.,<br><br>Defendants. | 22-CV-09712 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On October 8, 2026, the Court ordered Plaintiff to submit a Pretrial Statement by October 22, 2026. ECF No. 147. Plaintiff submitted a letter, on October 12, 2026, requesting an extension of time to submit her Pretrial Statement. ECF No. 149. On October 14, 2026, Defendants submitted a response, stating they had no objection to Plaintiff's request. ECF No. 150. Additionally, Defendants requested a two-week extension of time to file their own Pretrial Statement, proposed voir dire questions, proposed Requests to Charge, and proposed verdict form. *Id.*

Accordingly, Plaintiff's request for an extension of time to submit a Pretrial Statement is GRANTED. Plaintiff shall submit a Pretrial Statement, in accordance with Rule 6.A of this Court's Individual Rules and Practices in Civil *Pro Se* Cases, by **November 5, 2026**. Defendants shall file a responsive Pretrial Statement, proposed Voir Dire questions, proposed Requests to Charge and proposed verdict form by **November 19, 2026**.

SO ORDERED.

Dated: October 14, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge